**Status Report re: Tranche 3 and 4 Loan File Production, Identification, and Stipulation**

June 14, 2013          MEMO ENDORSED



VIA ELECTRONIC MAIL

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA v. Deutsche Bank AG, et al.*, 11-cv-6192, *FHFA v. Goldman Sachs & Co., et al.*, 11-cv-6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11-cv-6200 (collectively, the "Tranche 3 Actions"); *FHFA v. HSBC North America Holdings, Inc., et al.*, 11-cv-6189, *FHFA v. Barclays Bank PLC, et al.*, 11-cv-6190, *FHFA v. First Horizon National Corp., et al.*, 11-cv-6193, *FHFA v. Bank of America Corp., et al.*, 11-cv-6195, *FHFA v. Nomura Holding America, Inc., et al.*, 11-cv-6201, *FHFA v. SG Americas, Inc., et al.*, 11-cv-6203, *FHFA v. Morgan Stanley, et al.*, 11-cv-6739, and *FHFA v. Ally Financial, Inc., et al.*, 11-cv-7010 (collectively, the "Tranche 4 Actions")

Dear Judge Cote:

On behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), we write to update the Court on the status of the production, identification, and stipulation of loan files in the Tranche 3 and 4 Actions, pursuant to the Supplemental Expert Scheduling Order of February 27, 2013 (the "Supplemental ESO"), and in furtherance of FHFA's May 31, 2013 status report.

**Status of Sample Loan File Production**

The status of Sample Loan File production to date in the Tranche 3 and 4 Actions, prior to recent supplementation of FHFA's samples for certain Securitizations in those cases, is as follows:[1]

| Action | Securitizations | Sample Loans | Loan Files Produced | % Produced |
|---|---|---|---|---|
| Credit Suisse | 43 | 4,900 | 4,614 | 94% |
| Deutsche Bank | 40 | 4,700 | 4,104 | 87% |
| Goldman Sachs | 40 | 4,000 | 3,635 | 91% |
| Morgan Stanley | 33 | 3,400 | 3,054 | 90% |
| BOA | 23 | 3,000 | 2,875 | 96% |
| Ally | 21 | 2,100 | 2,100 | 100% |
| HSBC | 17 | 1,800 | 1,800 | 100% |
| Barclays | 8 | 800 | 681 | 85% |
| Nomura | 7 | 700 | 698 | 100% |

---

[1] These numbers reflect the Sample Loan Files received, processed, and matched by FHFA's vendor as of June 11, 2013.

1

The Honorable Denise L. Cote                                                June 14, 2013

| Action | Securitizations | Sample Loans | Loan Files Produced | % Produced |
|---|---|---|---|---|
| First Horizon | 5 | 500 | 494 | 99% |
| SG Americas | 3 | 400 | 400 | 100% |
| **Totals** | **240** | **26,300** | **24,455** | **93%** |

   As shown in the table above, nearly 24,500 out of 26,300 Sample Loan Files have been produced to date. For the remaining approximately 1,800 Sample Loan Files, FHFA believes that it has exhausted its efforts with every potential source from which the Sample Loan Files might be obtained and that third-party discovery efforts are largely completed.

### Status of Loan File and Loan-Guideline Stipulations

   In its May 31, 2013 status report, FHFA reported that, of the 240 Securitizations at issue in the Tranche 3 and 4 Actions, there were (a) 46 Securitizations that did not require supplementation and for which the parties had finished meeting and conferring regarding stipulations to Loan Files and Guidelines; (b) 115 Securitizations that would likely not require supplementation but for which an extension until June 14, 2013 was sought (and later granted) to complete the stipulation process; and (c) 79 Securitizations that would require supplementation. The parties submitted a proposed order to govern the supplementation process for these latter 79 Securitizations; the Court entered that Order on June 11, 2013.

   During the two-week extension provided by the Court to meet and confer regarding stipulations, the parties made substantial progress. There are now 78 Securitizations for which the parties have completed the stipulation process and for which no supplementation of FHFA's samples will be necessary. These Securitizations are identified on Exhibit 1.

   There are another 84 Securitizations for which FHFA and the relevant parties seek an extension of the deadline for production, identification, and stipulation of Loan Files and Guideline documents. While the parties have completed meeting and conferring for a substantial number of the Sample Loans in these Securitizations, the parties have not yet exhausted their efforts because certain Defendants have recently provided FHFA with new or revised proposals, or have indicated that they will do so soon, and FHFA needs time to review and respond to these proposals. Consequently, FHFA and Ally, Credit Suisse, Deutsche Bank, Morgan Stanley, and SocGen request an extension until June 28, 2013 for the production, identification, and stipulation deadline related to those Defendants' Securitizations listed on Exhibit 2;[2] FHFA and HSBC jointly request an extension until July 15, 2013 to complete the stipulation process for the Securitizations related to the *HSBC* action listed on that same Exhibit.[3]

---

   [2] At this time, with two exceptions, FHFA does not anticipate that it will need to supplement its samples for any of the Securitizations listed on Exhibit 2; if new information changes FHFA's assessment, FHFA will meet and confer with the Tranche 3 and 4 Defendants regarding a supplementation schedule.

   [3] FHFA does not anticipate the need to supplement its samples for any of the Securitizations at issue in the *HSBC* action.

The Honorable Denise L. Cote                                         June 14, 2013

      Of the 79 Securitizations that FHFA identified in its May 31 status report as requiring supplementation, FHFA now believes that seven will not require supplementation.[4]  There are four additional Securitizations that FHFA identified on May 31 as not requiring supplementation but for which FHFA has since determined a small supplementation was necessary.[5]  FHFA asks that the terms of the Court's June 11 Order be applied to these Securitizations; the Goldman Sachs and Deutsche Bank Defendants consent to this request.

      As a result, there are now a total of 76 Securitizations in the Tranche 3 and 4 Actions for which FHFA must supplement its samples.  Per the Court's Order and FHFA's letter of June 12, 2013, FHFA will disclose its Supplemental Sample Loans for seven of these Securitizations next week.[6]  FHFA disclosed its Supplemental Sample Loans for the remaining 69 Securitizations on June 12, 2013; there are a total of 2,956 such loans in these samples, the distribution of those loans is provided in Exhibit 4.  Of these Supplemental Sample Loans, FHFA believes that 900 have already been produced to the parties in this litigation, and that 2,056 need to be sought from third-party originators and servicers.

      FHFA is available to discuss this status report at the Court's request, and intends to file another report on June 28, 2013.

*The requests are granted.*

*Denise Cote*

*June 17, 2013*

---

[4] These Securitizations are listed on Exhibit 3.  Per the Court's order, the parties have until August 2, 2013 to finish meeting and conferring about stipulations for the Loan Files and Guidelines in FHFA's samples for these Securitizations.  To the extent the parties have not already finished meeting and conferring, FHFA is glad to negotiate an earlier deadline with the relevant Defendants should the Court request it.

[5] Two of the four Securitizations are AHMA 2006-A1 and GSR 2007-OA2, at issue in *Goldman Sachs*.  The remaining two Securitizations, which are at issue in the *Deutsche Bank* action, are ACE 2006-HE4 and ACE 2007-HE1.  FHFA disclosed its Supplemental Sample Loans for AHMA 2006-A1 on June 12, 2013 and will disclose its Supplemental Sample Loans for the other three Securitizations on June 17, 2013.

[6] FHFA will disclose its Supplemental Sample Loans for the ACE 2006-HE4, ACE 2007-HE1, AHMA 2005-1, GSR 2007-OA2, INDX 2005-AR18, and INDX 2005-AR27 Securitizations on June 17, 2013, and for the ACE 2006-HE1 Securitization on June 21, 2013.

The Honorable Denise L. Cote                                    June 14, 2013

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JP Morgan Chase & Co., FHFA v. Deutsche Bank AG, and FHFA v. Goldman, Sachs & Co.*

/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc., and FHFA v. Nomura Holding America, Inc.*

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. JP Morgan Chase & Co., FHFA v. Barclays Bank PLC, and FHFA v. Merrill Lynch & Co., Inc.*

/s/ Michael A. Hanin
Michael A. Hanin
(mhanin@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc., FHFA v. Morgan Stanley, and FHFA v. SG Americas, Inc.*

cc:     All Counsel of Record

4