LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT
(202) 434-5083
ebennett@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

**BY ECF**                                                                                          October 10, 2013

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Merrill Lynch & Co., Inc.*, 1-11 Civ. 6202 (DLC); *FHFA v. JPMorgan Chase & Co.*, 1-11 Civ. 6188 (DLC); *FHFA v. HSBC North America Holdings, Inc.*, 1-11 Civ. 6189 (DLC); *FHFA v. Barclays Bank PLC,* 1-11 Civ. 6190 (DLC); *FHFA v. Deutsche Bank AG*, 1-11 Civ. 6192 (DLC); *FHFA v. First Horizon National Corporation*, 1-11 Civ. 6193 (DLC); *FHFA v. Bank of America Corporation*, 1-11 Civ. 6195 (DLC); *FHFA v. Goldman, Sachs and Co.*, 1-11 Civ. 6198 (DLC); *FHFA v. Credit Suisse Holdings (USA), Inc.*, 1-11 Civ. 6200 (DLC); *FHFA v. Nomura Holding America, Inc.*, 1-11 Civ. 6201 (DLC); *FHFA v. SG Americas, Inc.*, 1-11 Civ. 6203 (DLC); *FHFA v. Morgan Stanley,* 1-11 Civ. 6739 (DLC); *FHFA v. Ally Financial, Inc.*, 1-11 Civ. 7010 (DLC)

Dear Judge Cote:

      We write in response to FHFA's letter to the Court of October 4, 2013 identifying certain inaccuracies in representations by its counsel that the loans the GSEs purchased through their flow channels were underwritten exclusively to GSE guidelines, rather than to originator guidelines.  *See* May 20, 2013 FHFA Opp. to Defs' Knowledge Brief 14-15; Feb. 13, 2013 Ltr. from FHFA; Tr. of Feb. 14, 2013 Hr'g 60; Tr. of Feb. 21, 2013 Hr'g 66-67.

      FHFA's admission that the GSEs purchased loans through their flow channels that were underwritten to originator guidelines confirms that FHFA has not produced important evidence concerning, among other things, the GSEs' contemporaneous assessments of the credit risks of loans originated to lenders' guidelines and the GSEs' post-purchase assessments through their quality control processes of the extent to which the loans they purchased complied with lender guidelines.  The extent of this not-yet-produced evidence remains unclear at this point. Defendants' review of the record available to them to date, however, calls into question the accuracy of FHFA's assertions that, among other things, "the loans purchased by the GSEs' Single Family businesses on a flow basis . . . are properly regarded as having been originated pursuant to Fannie Mae's or Freddie Mac's guidelines." Oct. 4 Ltr. at 2.

      Defendants will meet and confer with FHFA regarding this issue, and will review the report promised by FHFA's counsel regarding additional variances and waivers relating to Countrywide and other lenders, and related information.  Depending on what is learned, we

October 10, 2013
Page 2

anticipate that additional discovery regarding the extent and nature of the GSEs' purchases of loans underwritten to lender guidelines and the GSEs' assessments of the risks and defects potentially associated with such loans and guidelines may be appropriate.

Respectfully submitted,

/s                            

| | |
|---|---|
| Edward Bennett (ebennett@wc.com) | Bruce Clark (clarkb@sullcrom.com) |
| David Blatt (dblatt@wc.com) | SULLIVAN & CROMWELL LLP |
| John McNichols (jmcnichols@wc.com) | 125 Broad Street |
| WILLIAMS & CONNOLLY LLP | New York, NY 10004 |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005 | Amanda F. Davidoff |
| | (davidoffa@sullcrom.com) |
| *Attorneys for Bank of America Corporation; Bank of America, N.A.; Asset Backed Funding Corp.; Banc of America Funding Corp.; Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Capital Inc., First Franklin Financial Corp., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Government Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Inc.* | SULLIVAN & CROMWELL LLP |
| | 1701 Pennsylvania Avenue, N.W. |
| | Washington, DC 20006 |
| | |
| | *Attorneys for Defendants Nomura Securities International, Inc., Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca* |

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

*Attorneys for Defendants Deutsche Bank AG, Taunus Corporation, Deutsche Bank Securities Inc., DB Structured Products, Inc., Ace Securities Corp., Mortgage IT Securities Corp.*

Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities Inc.*

Penny Shane (shanep@sullcrom.com)
Sharon L. Nelles (nelless@sullcrom.com)
Jonathan M. Sedlak (sedlakj@sullcrom.com)
Yavar Bathaee (bathaeey@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Mortgage Acquisition Corporation, J.P. Morgan Securities LLC, J.P. Morgan Acceptance Corporation I, Bear Stearns & Co., Inc., EMC Mortgage LLC, Structured Asset Mortgage Investments II Inc., Bear Stearns Asset Backed Securities I LLC, WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, Long Beach Securities Corporation and certain of the Individual Defendants*

Richard H. Klapper (klapperr@sullcrom.com)
Theodore Edelman (edelmant@sullcrom.com)
Michael T. Tomaino, Jr. (tomainom@sullcrom.com)
Tracy Richelle High (hight@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Goldman, Sachs & Co., GS Mortgage Securities Corp., Goldman Sachs Mortgage Company, The Goldman Sachs Group, Inc., Goldman Sachs Real Estate Funding Corp., Howard S. Altarescu, Kevin Gasvoda,  Michelle Gill, David J. Rosenblum, Jonathan S. Sobel, Daniel L. Sparks, and Mark Weiss*

Bruce Clark (clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street

Richard W. Clary (rclary@cravath.com)
Richard J. Stark (rstark@cravath.com)
Michael T. Reynolds (mreynolds@cravath.com)
Lauren A. Moskowitz (lmoskowitz@cravath.com)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

*Attorneys for Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc., DLJ Mortgage Capital, Inc., Credit Suisse First Boston Mortgage Securities Corporation, Asset Backed Securities Corporation, Credit Suisse First Boston Mortgage Acceptance Corporation, Andrew A. Kimura, Jeffrey A. Altabef, Evelyn Echevarria, Michael A. Marriott, Zev Kindler, Thomas E. Siegler, Thomas Zingalli, Carlos Onis, Steven L. Kantor, Joseph M. Donovan, Juliana Johnson, and Greg Richter*

John M. Conlon (jconlon@mayerbrown.com)
Mark S. Hanchet (mhanchet@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC USA Inc., HSBC Markets (USA) Inc., HSBC Bank USA, NA., HSI Asset Securitization Corporation*

James P. Rouhandeh
Brian S. Weinstein

October 10, 2013
Page 4

| | |
|---|---|
| New York, NY  10004 | Daniel J. Schwartz<br>Nicholas N. George |
| Amanda F. Davidoff<br>(davidoffa@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006 | Jane M. Morril<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York  10017 |
| *Attorneys for Defendants First Horizon National Corporation, First Tennessee Bank National Association, FTN Financial Securities Corporation, First Horizon Asset Securities, Inc., Gerald L. Baker, Peter F. Makowiecki, Charles G. Burkett, and Thomas J. Wageman* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC), Morgan Stanley Mortgage Capital Holdings LLC (successor-in-interest to Morgan Stanley Mortgage Capital Inc.), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Capital, Inc., Saxon Funding Management LLC, Saxon Asset Securities Company, Gail P. McDonnell, Howard Hubler, David R. Warren, and Steven S. Stern* |
| Pamela Rogers Chepiga<br>(pamela.chepiga@allenovery.com)<br>Josephine A. Cheatham<br>(allie.cheatham@allenovery.com)<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Richard A. Edlin (edlinr@gtlaw.com)<br>Ronald D. Lefton (leftonr@gtlaw.com)<br>Candace Camarata (camaratac@gtlaw.com)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue,<br>New York, NY 10166<br>Phone: 212-801-9200 |
| *Attorneys for Samuel L. Molinaro, Jr.* | *Attorneys for Defendant Jeffrey Mayer* |

October 10, 2013
Page 5

Reginald R. Goeke (rgoeke@mayerbrown.com)
Catherine A. Bernard
(cbernard@mayerbrown.com)
MAYER BROWN LLP
1999 K St., N.W.
Washington, D.C.  20006

Michael O. Ware (mware@mayerbrown.com)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019

*Attorneys for Ally Financial Inc. and GMAC Mortgage Group, Inc.*

Jay B. Kasner (jay.kasner@skadden.com)
Scott Musoff (scott.musoff@skadden.com)
George Zimmerman
(george.zimmerman@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

*Attorneys for SG Americas, Inc., SG Americas Securities Holdings, LLC, SG Americas Securities, LLC, SG Mortgage Finance Corp., and SG Mortgage Securities, LLC, Arnaud Denis, Abner Figueroa, Tony Tusi, and Orlando Figueroa*

Sandra D. Hauser
(sandra.hauser@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorney for Matthew Perkins*

Matthew Solum
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Robert J. Kopecky
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Jeffrey S. Powell
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000

*Attorneys for Ally Securities, LLC*

October 10, 2013
Page 6

Joel C. Haims (jhaims@mofo.com)
LaShann M. DeArcy (ldearcy@mofo.com)
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Tom Marano and Michael Nierenberg*

David H. Braff (braffd@sullcrom.com)
Brian T. Frawley (frawleyb@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004

*Attorneys for Barclays Bank PLC, Barclays Capital Inc., Securitized Asset Backed Receivables LLC, Michael Wade, John Carroll and Paul Menefee*

Dani R. James (djames@kramerlevin.com)
Jade A. Burns (jburns@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant Jeffrey L. Verschleiser*

Daniel C. Zinman (dzinman@rkollp.com)
Matthew M. Riccardi (mriccardi@rkollp.com)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281

*Attorneys for George C. Carp, Robert Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan, and Antoine Schetritt; Matthew Whalen; Brian Sullivan; Michael McGovern; Donald Puglisi; Paul Park, and Donald Han*