UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

FEDERAL HOUSING FINANCE AGENCY,

                          Plaintiff,

              -v-

HSBC NORTH AMERICA HOLDINGS INC., et
al.,

                          Defendants;

And other FHFA cases.

-----------------------------------------X

                                        2/24/2014

          :    11 Civ. 6189 (DLC)
          :    11 Civ. 6190 (DLC)
          :    11 Civ. 6193 (DLC)
          :    11 Civ. 6195 (DLC)
          :    11 Civ. 6198 (DLC)
          :    11 Civ. 6200 (DLC)
          :    11 Civ. 6201 (DLC)
          :    11 Civ. 6202 (DLC)
          :    11 Civ. 6203 (DLC)
          :    11 Civ. 7010 (DLC)
          :
          :         ORDER
          :
          :

DENISE COTE, District Judge:

     In a letter of February 19, 2014, plaintiff FHFA raised a

discovery dispute regarding subpoenas served on third parties

Clayton Holdings LLC and Pentalpha Surveillance.  Defendants

filed a responsive letter on February 21.  It is hereby

     ORDERED that a telephone conference will be held with the

parties to address this issue on February 24, 2014, at 4:00 PM.


Dated:    New York, New York
          February 24, 2014


                    _____
                              DENISE COTE
                    United States District Judge