UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>-against-<br><br>CREDIT SUISSE HOLDINGS (USA), INC., *et al.*,<br><br>      Defendants. | 11 Civ. 6200 (DLC)<br><br> |
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiff,<br><br>-against-<br><br>ALLY FINANCIAL, INC., *et al.*,<br><br>      Defendants. | 11 Civ. 7010 (DLC) |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

The Court, having considered all materials submitted in favor of the Parties' March 21, 2014 Joint Motion to Stay Proceedings, and finding good cause in support thereof,

IT IS HEREBY ORDERED that:

The Parties' Motion to Stay Proceedings is GRANTED until April 14, 2014, and the 11 Civ. 6200 action shall remain stayed pending the joint submission of a stipulation of voluntary dismissal with prejudice, but in no event stayed beyond April 14, 2014 without further

approval by the Court; the 11 Civ. 7010 Action is stayed only as to the moving Parties, and shall remain stayed only for those Parties pending the joint submission of a stipulation of voluntary dismissal with prejudice, but in no event stayed beyond April 14, 2014 without further approval by the Court.

Dated: March 21, 2014
New York, New York

By: _____
The Honorable Denise L. Cote
United States District Court Judge